IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KEVIN WAYNE PROVENCIO**  **PLAINTIFF**
**#269126**

V.  CASE NO. 4:24-cv-00112 JM

**JOE BIDEN, President**  **DEFENDANT**

## ORDER

Kevin Wayne Provencio, an inmate at the Pulaski County Detention Facility, has filed a *pro se* complaint under 42 U.S.C. § 1983 (Doc. 1) and an application for leave to proceed *in forma pauperis*. (Doc. 4). Because a district court has the inherent authority to dismiss a case without a motion by either party for failure to state a claim, Provencio's *IFP* (Doc. 4) is denied as moot and his complaint is dismissed without prejudice. *See Smith v. Boyd*, 945 F.2d 1041, 1043 (8th Cir. 1991).

Provencio alleges that his human rights have been violated, that he is a victim of human trafficking, and that he is enslaved by the existence of his birth certificate. (Doc. 1 at 2–5). Provencio asks President Biden to "correct the wrong the country is doing . . . because of greed of the bonds of our birth certificates." (*Id.* at 4). An action is frivolous if its allegations are "fanciful . . . fantastic or delusional," its "factual contentions are clearly baseless," or it is "based on an indisputably meritless legal theory." *Denton v. Hernandez*, 504 U.S. 25, 32-33 (1992); *Nietzke v. Williams*, 490 U.S. 319, 327-29 (1989). A "finding of frivolousness is appropriate when the facts alleged rise to the level of the irrational or the wholly incredible." *Denton*, 504 U.S. at 33. Provencio's allegations are fanciful and unfounded and are dismissed without prejudice.

The Court recommend that this dismissal be counted as a strike within the meaning of 28 U.S.C. § 1915(g).  An *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 22nd day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE