IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KEVIN WAYNE PROVENCIO**                                            **PLAINTIFF**
**#269126**

V.                              **CASE NO. 4:24-cv-00112 JM**

**JOE BIDEN, President**                                             **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ORDERED this 22nd day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE